UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

J<small>ERMAINE</small> H<small>EZEKIAH</small> S<small>HAW</small>,

        Petitioner,               Case No. 2:21-cv-107

v.                                          Honorable Paul L. Maloney

C<small>ONNIE</small> H<small>ORTON</small>,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered May 27, 2021 (ECF No.2), and the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because it is barred by the statute of limitations

Dated:  June 15, 2021                         /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge